UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ANDRE YARBROUGH #878943,

        Plaintiff,

v.

T. ERNER et al.,

        Defendants.
_____/

Case No. 2:23-cv-220

Honorable Maarten Vermaat

## ORDER

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On August 23, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 8).

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Andre Yarbrough #878943 in this case, shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

**IT IS SO ORDERED**.

Dated: August 27, 2024

/s/ *Maarten Vermaat*
Maarten Vermaat
United States Magistrate Judge